U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

AUG - 8 2007

ROBERT H. SHEMWELL, CLERK
BY _____
    DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| KELVIN LOVE<br>　　Fed. Reg. No. 09677-035<br>VS.<br><br>J.P. YOUNG, ET AL. | CIVIL ACTION NO. 07-0943<br><br>SECTION P<br>JUDGE TRIMBLE<br>MAGISTRATE JUDGE METHVIN |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** petitioner's Application for Federal Writ of Habeas Corpus Under 28 U.S.C. §2241 [doc. 1-1], and his "Application for Writ of Habeas Corpus Brought in the Nature of Common Law Writ of Habeas Corpus," [doc. 1-3] be **DENIED** and **DISMISSED WITH PREJUDICE** for lack of jurisdiction;

**IT IS FURTHER ORDERED THAT** his Motions to Request Judicial Notice in the Nature of Rule 201(d) of the Federal Rules of Evidence [doc. 2] and his Motion to Amend and Correct [doc. 3] be **DENIED.**

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 8th day of August, 2007.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE